1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPrevolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  HEATHER A. MOSER (CA SBN 212686)
   (HMoser@mofo.com)
4  SUZANNA P. BRICKMAN (CA SBN 250891)
   (SBrickman@mofo.com)
5
   MORRISON & FOERSTER LLP
6  425 Market Street
   San Francisco, California  94105-2482
7  Telephone: 415.268.7000
   Facsimile: 415.268.7522
8
   Attorneys for Defendant
9  APPLE INC.

**GRANTED**
*Judge James Ware*
12/29/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES R. PITTMAN, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>      v.<br><br>APPLE INC., a California Corporation<br><br>           Defendant. | Case No.   C-08-05375 JW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

    IT IS HEREBY STIPULATED AND AGREED, that Defendant Apple Inc.'s time to move, answer or otherwise respond to the complaint filed in the above-captioned matter is hereby extended to and including January 28, 2009.

//

//

//

//

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. C-08-05375 JW
sf-2623018

1

| | | |
|---|---|---|
| Dated: December 23, 2008 | | MORRISON & FOERSTER LLP |

By:   /s/ Penelope a. Preovolos
      Penelope a. Preovolos

Attorneys for Defendant
APPLE INC.

Dated: December 23, 2008        LITIGATION LAW GROUP

By:   /s/ Gordon M. Fauth, Jr.
      Gordon M. Fauth, Jr.

Attorneys for Plaintiff
JAMES R. PITTMAN