1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPrevolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  HEATHER A. MOSER (CA SBN 212686)
   (HMoser@mofo.com)
4  SUZANNA P. BRICKMAN (CA SBN 250891)
   (SBrickman@mofo.com)
5
   MORRISON & FOERSTER LLP
6  425 Market Street
   San Francisco, California  94105-2482
7  Telephone: 415.268.7000
   Facsimile: 415.268.7522
8
   Attorneys for Defendant
9  APPLE INC.

**GRANTED**
*Judge James Ware*
2/6/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES R. PITTMAN, on behalf of himself and all others similarly situated, | Case No.   C-08-05375 JW |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| APPLE INC., a California Corporation | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, that Defendant Apple Inc.'s time to move, answer or otherwise respond to the complaint filed in the above-captioned matter is hereby extended to and including February 27, 2009.

//

//

//

//

Dated: January 27, 2009         MORRISON & FOERSTER LLP

By:  /s/ Penelope A. Preovolos
     Penelope A. Preovolos

     Attorneys for Defendant
     APPLE INC.

Dated: January 27, 2009         LITIGATION LAW GROUP

By:  /s/ Gordon M. Fauth, Jr.
     Gordon M. Fauth, Jr.

     Attorneys for Plaintiff
     JAMES R. PITTMAN

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:  /s/
     Penelope A. Preovolos

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. C-08-05375 JW
sf-2634762

2