PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPrevolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
HEATHER A. MOSER (CA SBN 212686)
(HMoser@mofo.com)
SUZANNA P. BRICKMAN (CA SBN 250891)
(SBrickman@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

**IT IS SO ORDERED**
*Judge James Ware*
4/1/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES R. PITTMAN, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC., a California Corporation<br><br>        Defendant. | Case No.   C-08-05375 JW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

   IT IS HEREBY STIPULATED AND AGREED, that Defendant Apple Inc.'s time to move, answer or otherwise respond to the complaint filed in the above-captioned matter is hereby extended to and including April 29, 2009.

//

//

//

//

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. C-08-05375 JW
sf-2660849

1

Dated: March 26, 2009                    MORRISON & FOERSTER LLP

                                         By:  /s/ Penelope A. Preovolos
                                              Penelope A. Preovolos

                                              Attorneys for Defendant
                                              APPLE INC.

Dated: March 26, 2009                    LITIGATION LAW GROUP

                                         By:  /s/ Gordon M. Fauth, Jr.
                                              Gordon M. Fauth, Jr.

                                              Attorneys for Plaintiff
                                              JAMES R. PITTMAN

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

                                         By:  /s/ Penelope A. Preovolos
                                              Penelope A. Preovolos

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. C-08-05375 JW
sf-2660849

2