Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
gmf@classlitigation.com
**LITIGATION LAW GROUP**
1801 Clement Avenue, Suite 101
Alameda, California  94501
Telephone (510) 238-9610
Facsimile (510) 337-1431

Attorneys for Individual and
Representative Plaintiff James R. Pittman

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JAMES R. PITTMAN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> v. <br> APPLE, INC., a California Corporation, <br><br> Defendant | ) Case No. C 08-05375 JW <br> ) Case No. C 09-01028 RS <br> ) <br> ) <br> ) **ADMINISTRATIVE MOTION TO** <br> ) **CONSIDER WHETHER CASES SHOULD** <br> ) **BE RELATED** <br> )  **ORDER RELATED CASES** <br> ) |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD, THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND ALL OTHER INTERESTED PERSONS:

**PLEASE TAKE NOTICE THAT** Plaintiff James R. Pittman submits this administrative motion to consider whether cases should be related pursuant to Northern District Local Rule 3-12.  The following pending action is related to the present action - *Pittman v. Apple, Inc.*, Case No. C 08-05375 JW - within the meaning of Local Rule 3-12(a):

(1) *Smith v. Apple Inc., et al.*, Case No. C09-01028 RS, filed in the United States District Court for the Northern District of Alabama on August 19, 2008, and transferred to the Northern District of California, San Jose Division, on March 12, 2009.

The two actions concern substantially the same parties, property, transaction or event, within the meaning of Local Rule 3-12(a)(1). The cases are both putative nation-wide class actions brought against the same defendant - Apple, Inc. - on behalf of users of the Apple iPhone 3G. Both complaints allege that the iPhone 3G was defective when used as intended and that, contrary to representations made, it did not provide reliable 3G data speeds or functionality, and subjected users to poor performance and inordinate numbers of dropped calls. Pursuant to Local Rule 3-12(a)(2), it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Therefore, the cases should be ordered related.

Respectfully submitted,

**LITIGATION LAW GROUP**

Date: March 20, 2009      By: _____/S/ Gordon M. Fauth, Jr._____
                              Gordon M. Fauth, Jr.

                              1801 Clement Avenue, Suite 101
                              Alameda, California  94501
                              Telephone (510) 238-9610
                              Facsimile (510) 337-1431

                              Attorney for Individual and Representative
                              Plaintiff James R. Pittman

**\*\*\* ORDER \*\*\***

The Court finds C 09-1028 RS related to C 08-5375 JW within the meaning of Civ. L.R. 3-12. Accordingly, the Clerk shall relate the cases. Counsels are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number.

Dated: April 2, 2009          _____
                              JAMES WARE
                              United States District Judge

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED