**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re: Apple iPhone 3G Products Liability Litigation | NO. M 09-02045 JW<br>**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE** |

    Pursuant to July 1, 2009 Transfer Order from the Judicial Panel on Multidistrict Litigation, the Court lifts the current stay on the above entitled action and sets a Case Management Conference for **September 21, 2009 at 10 a.m.** On or before **September 11, 2009**, the parties shall meet and confer and file a Joint Case Management Statement. The Statement shall include, among other things, a proposed schedule to proceed with the case, starting with Plaintiffs' motions for consolidation and appointment of counsel.

Dated: August 11, 2009

                                                        JAMES WARE
                                                        United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam R. Gonnelli agonnelli@faruqilaw.com
Alan M. Mansfield alan@clgca.com
Alan M. Mansfield alan@clgca.com
Joe R. Whatley jwhatley@wdklaw.com
Kathleen Taylor Sooy ksooy@crowell.com
Mark S. Reich mreich@csgrr.com
Mila F Bartos mbartos@finkelsteinthompson.com
Penelope A. Preovolos Ppreovolos@mofo.com
W Lewis Garrison pputman@hgdlawfirm.com
Aaron L. Agenbroad alagenbroad@jonesday.com
Arthur William Lazear awl@hoffmanandlazear.com
Catherine Suzanne Nasser cnasser@jonesday.com
H. Tim Hoffman hth@hoffmanandlazear.com
Morgan Matthew Mack mmm@hoffmanandlazear.com

**Dated:  August 11, 2009**                                  **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**